# Court of Appeals
# of the State of Georgia

ATLANTA, July 10, 2026

*The Court of Appeals hereby passes the following order:*

**A26A1642. YVONNE MCQUEEN v. CHARLES RICHARDS.**

Appellee has filed a motion to dismiss, contending that this Court lacks jurisdiction over Appellant's appeal from the trial court's summary judgment order. The record shows that Appellant was represented by counsel when she filed her February 26, 2026 pro se notice of appeal. As a result, Appellant's notice of appeal is a legal nullity, and we lack jurisdiction. See *Weinstock v. Small*, 378 Ga. App. 319, 321 (925 SE2d 760) (2026). Appellee's motion to dismiss is hereby GRANTED.



*Court of Appeals of the State of Georgia*
   *Clerk's Office, Atlanta,* 07/10/2026

   *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

   *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*